Case: 1:22-cv-03298 Document #: 1 Filed: 06/23/22 Page 1 of 9 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**RECEIVED**

JUN 23 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Lisa Petro

Plaintiff

v.

Estate of Frank W Petro, Dolores J Petro, Thomas J Petro, F Daniel Petro, Deborah M Petro, Michael A Saturn

Defendant

United States District Court
Northern District of Illinois

22cv3298
Judge Franklin U. Valderrama
Magistrate Judge Sunil R. Harjani
RANDOM

## COMPLAINT

Plaintiff Lisa Petro states pursuant to the Racketeering and Corrupt organizations statute she was deprived her rights under a policy of insurance by the conspiring defendants who sought to take control of the assets for their own personal gain

1) Plaintiff further states that the theft of her property by the defendants in conspiracy with one another is a hate crime perpetrated by the defendants to create a hostile living environment and inflict intentional distress while they live it up

2) Plaintiff states that proceeds from her accidents were used to build

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

1 of 4

additions to their homes while Plaintiff could ill afford her bills

3) Plaintiff is asking for damages including pecuniary damages and accounting. The insurance proceeds and monetary damages in an amount equal to the losses and punitive damages as a result of the negligent conduct of the defendants who have spent the funds on themselves.

4) The crimes committed by the defendant(s) are an act of domestic violence resulting in serious financial losses for the Plaintiff

As a direct and proximate cause of these crimes by the defendants against the Plaintiff, Plaintiff has been forced to sleep on the streets

5) Plaintiff Lisa M Petro did complain to the Police and the Federal Bureau about crimes being perpetrated against her including

2/4

## Civil Nature of Suit Code Descriptions
## (Rev. 02/19)

|  |  | National Environmental Policy Act 42:4321, 4331-35G, 4341-47, River & Harbor Act penalty 3:401-437, 1251. |

### Other Statutes (Continued)

| Code | Title | Description |
| --- | --- | --- |
| 895 | Freedom of Information Act | Action filed under the Freedom of Information Act 5:552. |
| 896 | Arbitration | Action involving actions to confirm or modify arbitration awards filed under Title 9 of the U.S. Code. |
| 899 | Administrative Procedure Act/Review or Appeal of Agency Decision | Action filed under the Administrative Procedures Act, 5 U.S.C. § 701, or civil actions to review or appeal a federal agency decision. |
| 950 | Constitutionality of State Statutes | Action drawing into question the constitutionality of a federal or state statute filed under (Rule 5.1). Rule 5.1 implements 28 U.S.C. §2403. |

Note: The statutes listed above are not all-inclusive, and other statues might be applicable to each nature of suit.
Statutes that are included in the descriptions should be viewed as examples.

but not limited to the hacking of the device by unknown parties deemed to be either employees of the carriers used to provided cellphone service or the company who designed the android operating system

6) That photographs, bank statements, letters from the IRS, documents from Social Security were stolen from defendant primarily because she had no regular place to live the steam working at their place of business were chiefly responsible for the criminal acts perpetrated against the Plaintiff.

7) That Plaintiff has a list of attorneys contacted for the purposes of representation only to be turned down. That any insurance company claiming to have contacted Plaintiff Lisa Pietro with respect should provide proof to the court

8) That Plaintiff states documents she had in her possession were taken over a period of time and misused and misappropriated

3/4

**Civil Nature of Suit Code Descriptions**
**(Rev. 02/19)**

**Other Statutes**

| Code | Title | Description |
|---|---|---|
| 375 | False Claims Act | Action filed by private individuals alleging fraud against the U.S. Government under 31 U.S.C. § 3729. |
| 376 | Qui Tam (31 U.S.C. § 3729(a)) | Action brought under the False Claims Act by private persons (also known as "whistleblowers") on their own behalf and on behalf of the United States to recover damages against another person or entity that acted fraudulently in receiving payments or property from, or avoiding debts owed to, the United States Government, 31 U.S.C. § 3730 |
| 400 | State Reapportionment | Action filed under the Reapportionment Act of 1929 Ch. 28, 46 Stat. 21, 2 U.S.C. § 2a. |
| 410 | Antitrust | Action brought under the Clayton Act 15 U.S.C. § 12 - 27 alleging undue restriction of trade and commerce by designated methods that limit free competition in the market place amongst consumers such as anti-competitive price discrimination, corporate mergers, interlocking directorates or tying and exclusive dealing contracts. |
| 430 | Banks and Banking | Action filed under the Federal Home Loan Bank Act 12:1421-1449, Home Owners Loan Act 12:1461 or Federal Reserve Acts 12:142 et seq. |
| 450 | Commerce | Action filed under the Interstate Commerce Acts 49:1 et seq., 49:301 |
| 460 | Deportation | Action filed under the Immigration Acts (Habeas Corpus & Review) 8:1101/18:1546 |
| 470 | Racketeer Influenced and Corrupt Organizations | Racketeer Influenced and Corrupt Organization Act, RICO 18:1961-1968 |
| 480 | Consumer Credit | Action filed under the Fair Credit Reporting Act, 15 U.S.C. 1681n or 15 U.S.C. 1681o, and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k |
| 485 | Telephone Consumer Protection Act (TCPA) | Action filed under the Telephone Consumer Protection Act 47 U.S.C. § 227 |
| 490 | Cable/Satellite TV | Action filed involving unauthorized reception of cable/satellite TV service under 47 U.S.C. § 553 (unauthorized reception of cable/satellite TV), or 47 U.S.C. § 605 (e)(3) (unauthorized use or publication of a communication) |
| 850 | Securities/Commodities/Exchange | Action filed under Small Business Investment Act 15:681, Securities Exchange Act 15:78, Securities Act 15:77, Investment Advisers Act 15:80B(1-21) |
| 890 | Other Statutory Actions | Action primarily based on Statutes that cannot be classified under any other nature of suit, such as: Foreign Agents Registration Act 22:611-621, Klamath Termination Act 25:564-564W-L, Federal Aid Highway Act 23:101-142, Federal Corrupt Practices Act 2:241-256, Federal Election Campaign Act, Highway Safety Act 23:401 Immigration & Nationality Act 8:1503, Natural Gas Pipeline Safety Act 49:1671-1700, Naturalization Acts 8:1421/18:911, 1015, 1421, et seq., 3282 or Federal Aviation Act 49:1301 et seq. |
| 891 | Agricultural Acts | Action filed under the Federal Crop Insurance Act 7:1501-1550, Commodity Credit Corporation Act 15:713A-L & 4. |
| 893 | Environmental Matters | Action filed under Air Pollution Control Act 42:1857-57L, Clean Air Act 42:1857:57L, Federal Environment Pesticide Control Act, Federal Insecticide, Fungicide & Rodenticide Act 7:135, Federal Water Pollution Control Act 33:1151 et seq., Land & Water Conservation Fund Act 16:4602,460 1-4, Motor Vehicle Air Pollution Control Act 42:1857F-1-8, |

by numerous parties without the consent of the party who owns the documents in violation of the constitution of the USA.

9) The personal items including records, jewelry, family heirlooms passports and other items were stolen by the criminals posing as businesses depriving Plaintiff Lisa Pedro of her rights under the constitution

10) Defendants each and every one were aided and abetted in their criminal acts by friends and colleagues

11) In addition to damages requested Plaintiff Lisa Pedro further requests that the lawyers be sanctioned and disbarred by the court.

Very truly yours
Lisa Pedro

4/4

# Civil Nature of Suit Code Descriptions
(Rev. 02/19)

## Bankruptcy

| Code | Title | Description |
|---|---|---|
| 422 | Appeal 28 USC § 158 | All appeals of previous bankruptcy decisions filed under 28 U.S.C. § 158 |
| 423 | Withdrawal of Reference 28 USC § 157 | Action held in bankruptcy court requesting withdrawal under the provisions of 28 U.S.C. § 157 |

## Property Rights

| Code | Title | Description |
|---|---|---|
| 820 | Copyright | Action filed in support or to dispute a copyright claim. |
| 830 | Patent | Action filed in support or to dispute a patent claim. |
| 835 | Patent – Abbreviated New Drug Application (ANDA) | Action filed in support or to dispute a patent claim involving an Abbreviated New Drug Application (ANDA). These cases are also known as "Hatch-Waxman" cases. |
| 840 | Trademark | Action filed in support or to dispute a trademark claim |

## Social Security

| Code | Title | Description |
|---|---|---|
| 861 | HIA (1395ff) | Action filed with regard to social security benefits associated with Health Insurance Part A Medicare |
| 862 | Black Lung (923) | Action filed with regard to social security benefits provided for those who contracted Black Lung or their beneficiaries |
| 863 | DIWC/DIWW (405(g)) | Action filed with regard to social security benefits provided to disabled individuals: worker or child, or widow |
| 864 | SSID Title XVI | Action filed with regard to social security benefits provided to Supplemental Security Income Disability under Title XVI |
| 865 | RSI (405(g)) | Action filed with regard to social security benefits provided for Retirement, Survivor Insurance under 42 U.S.C. § 405 |

## Federal Tax Suits

| Code | Title | Description |
|---|---|---|
| 870 | Taxes (U.S. Plaintiff or Defendant) | Action filed under the Internal Revenue Code (General) |
| 871 | IRS-Third Party 26 USC 7609 | Action filed under the Internal Revenue Code - Tax Reform Act of 1976 (P.L. 94-455) Third Party |

# Proof of Service

1) Dan Retro
   1W LaSalle St
   Chicago IL 60604

2) Deborah Retro
   636 Emily Lane
   Richardson TX

3) Mike Salim
   636 Emily Lane
   Richardson TX

4) Dolores J Retro
   250 W Parliment Place
   Mt Prospect IL 60056

5) Lisa Retro
   General Delivery
   Chicago 60606

## Civil Nature of Suit Code Descriptions
(Rev. 02/19)

### Personal Property

| Code | Title | Description |
|---|---|---|
| 370 | Other Fraud (Excludes any property that is not real property) | Action primarily based on fraud relating to personal property that cannot be classified under any other nature of suit. |
| 371 | Truth in Lending

Actions relating to fraud or misrepresentation in the transfer of real property should be classified under nature of suit 290, "All Other Real Property," or, if foreclosure is involved, under nature of suit 220, "Foreclosure." | Action alleging violation of the federal Truth in Lending Act arising from consumer loan transactions involving personal property including automobile loans and revolving credit accounts. |
| 380 | Other Personal Property Damage | Action primarily based on damage to personal property caused by harmful conduct such as negligence, misrepresentation, interference with business relationships or unfair trade practices. |
| 385 | Property Damage Product Liability | Action alleging damage to personal property caused by a defective product. |

### Civil Rights

| Code | Title | Description |
|---|---|---|
| 440 | Other Civil Rights (Excludes claims against corrections officials) | Action alleging a civil rights violation other than the specific civil rights categories listed below or a violation related to prison. Example: Action alleging excessive force by police incident to an arrest. |
| 441 | Voting | Action filed under Civil Rights Act, 52 U.S.C. § 10101, and Voting Rights Act, 52 U.S.C. § 10301 |
| 442 | Employment | Action filed under Age Discrimination in Employment Act 29:621:634, Equal Employment Opportunity Act (Title VII) 42:2000E, Performance Rating Act of 1950 5:4303 |
| 443 | Housing/Accommodations | Action filed under the Fair Housing Act (Title VII), 42 U.S.C. § 3601 & 3602. |
| 445 | Americans With Disabilities - Employment | Action of discrimination against an employee with disabilities of any type in the work place, filed under 42 U.S.C. § 12117 |
| 446 | Americans With Disabilities - Other | Action of discrimination against an individual with disabilities in areas other than employment, filed under 42 U.S.C. § 12133 (exclusion or discrimination in provision of services, programs or activities of a public entity) or 42 U.S.C. § 12188 (public accommodations) |
| 448 | Education | Action filed under the Individuals with Disabilities Educations Act, 20 U.S.C. § 1401 and Title IX of the Education Amendment of 1972, 20 U.S.C. § 1681 et seq. |